IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02487-CMA-KLM

WALSH CONSTRUCTION, INC., on behalf of the United States of America,

    Plaintiff/Counterclaim Defendant

v.

GREENLEAF CONSTRUCTION CO., INC.,

    Defendant, and

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant/Counterclaim Plaintiff.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Its Answers to Counterclaims By Interlineations** [#28][1] (the "Motion to Amend") and Plaintiff's **Unopposed Motion For Leave to Attend Scheduling Conference By Telephone** [#29] (the "Appearance Motion").

    IT IS HEREBY **ORDERED** that the Motion to Amend [#28] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Paragraph 28 of Walsh Construction, Inc.'s Answer to Counterclaim Filed By Greenleaf Construction Co., Inc. [#26] is **AMENDED** to change the reference to September 26, 2013 to September 30, 2013.

    IT IS FURTHER **ORDERED** that Paragraph 30 of Walsh Construction, Inc.'s Answer to Counterclaim Filed By Liberty Mutual Insurance Company [#27] is **AMENDED** to change the reference to September 26, 2013 to September 30, 2013.

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that the Appearance Motion [#29] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on January 21, 2015 at 10:00 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

Dated: January 16, 2015