IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02487-CMA-KLM

WALSH CONSTRUCTION, INC., on behalf of the United States of America,

    Plaintiff/Counterclaim Defendant

v.

GREENLEAF CONSTRUCTION CO., INC., and,
LIBERTY MUTUAL INSURANCE COMPANY,

    Defendants/Counterclaim Plaintiffs.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Amended Complaint** [#36][1] ("Plaintiff's Motion") and Defendants' **Unopposed Motion For Leave to Amend Pleadings, Add Counterclaims and Join Party Pursuant to Fed. R. Civ. P. [sic], Rule 13, Rule 15 and Rule 20** [#37] ("Defendants' Motion").

    As an initial matter, Plaintiff's Motion does not comply with D.C.COLO.LCivR 15.1(a), which requires, that "[a] party who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added." Plaintiff's Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that Plaintiff's Motion [#36] and Defendants' Motion [#37] are **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's Amended Complaint for Damages [#36-2] and Defendants' Amended Answer and Counterclaim [#37-2] for filing as of the date of this Order.

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that, **on or before March 13, 2015**, Plaintiff shall file the redline required by D.C.COLO.LCivR 15.1(a).

IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the Amended Complaint for Damages in accordance with Fed. R. Civ. P. 15(a)(3).

Dated:  March 4, 2015