IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02487-CMA-KLM

WALSH CONSTRUCTION, INC., on behalf of the United States of America,

   Plaintiff/Counterclaim Defendant,

v.

GREENLEAF CONSTRUCTION CO., INC., and,
LIBERTY MUTUAL INSURANCE COMPANY,

   Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,

v.

EMPLOYERS MUTUAL CASUALTY COMPANY,

   Third-Party Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [#48][1] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED**. The Civil Scheduling Order entered on January 21, 2015 [#34] is amended to extend the following deadlines:

   • Joinder of Parties/Amendment of Pleadings   **June 23, 2015**
   • Affirmative Expert Disclosure Deadline   **September 1, 2015**
   • Rebuttal Expert Disclosure Deadline   **October 1, 2015**
   • Discovery Deadline   **November 2, 2015**
   • Dispositive Motions Deadline   **November 30, 2015**

   Dated: April 22, 2015

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.