IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-02487-CMA-KLM

WALSH CONSTRUCTION, INC., on behalf of the United States of America,

    Plaintiff/Counterclaim Defendant,

v.

GREENLEAF CONSTRUCTION CO., INC., and,
LIBERTY MUTUAL INSURANCE COMPANY,

    Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,

v.

EMPLOYER MUTUAL CASUALTY COMPANY,

    Third-Party Defendant.

---

**ORDER DENYING DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT (DOC. # 65)**

---

This matter is before the Court on the motion for partial summary judgment filed by Defendants Liberty Mutual Insurance Company and Greenleaf Construction Co., Inc. on January 15, 2016.  (Doc. # 65.)  Plaintiff Walsh Construction, Inc. filed a response to that motion on February 11, 2016 (Doc. # 69), and Defendants filed a reply on February 25, 2016 (Doc. # 70).  Upon review of the parties' briefing and the evidence referenced therein, the Court determines that genuine issues of material fact preclude the Court from granting Defendants' motion for partial summary judgment.

Accordingly, the Court ORDERS that Defendants' Motion for Partial Summary Judgment (Doc. # 65) is DENIED.

DATED: April 29, 2016

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge